IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Joplin, Gerald | Case Number:  07 B 17949 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/10/08 | Filed:  10/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,849.99 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,664.74 |
| Trustee Fee: | | 185.25 |
| Other Funds: | | 0.00 |
| Totals: | 2,849.99 | 2,849.99 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 2,664.74 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 54,537.28 | 0.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 32.60 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 66.16 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 30.59 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 69.74 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 856.47 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 64.58 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 1,753.50 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 12. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 60,724.92 | $ 2,664.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 185.25 |
| | _____ |
| | $ 185.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Joplin, Gerald

Printed:  6/10/08

Case Number:  07 B 17949
Judge:  Hollis, Pamela S
Filed:  10/1/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

